IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSEPH WILSON, JR.,

   Plaintiff,

    v.

FORSYTH COUNTY BOARD OF
COMMISSIONERS, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-1271-TWT

**ORDER**

This is a pro se prisoner civil rights action seeking to set aside his conviction for murder and sentence of life in prison. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED under 28 U. S. C. § 1915A.

SO ORDERED, this 16 day of June, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Wilson\r&r.wpd